UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

| | |
|---|---|
| ROBERT DEREK LURCH, JR., | **NOTICE OF MOTION** |
| Plaintiff, | 19-CV-11254 (VEC) (OTW) |
| -against- | |
| THE CITY OF NEW YORK, UNKNOWN EMS WORKERS, UNKNOWN NYPD OFFICERS, UNKNOWN ESU OFFICERS, | |
| Defendants. | |

------------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that upon the Memorandum of Law in Support of defendant City of New York's Motion to Dismiss the Complaint, dated April 20, 2020; the Notice to *Pro Se* Litigant Opposing Rule 12 Motion, dated April 20, 2020; and upon all prior pleadings had herein, defendant City will move this Court before the Honorable Valerie E. Caproni, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 40 Foley Square, New York, New York 10007, at a date and time to be determined by the Court, for dismissal pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and for such other and further relief as the Court may deem just and proper.

**PLEASE FURTHER TAKE NOTICE**, pursuant to Local Civil Rule 6.1, that opposition papers, if any, shall be filed on or before May 4, 2020.

**PLEASE TAKE FURTHER NOTICE**, pursuant to Local Civil Rule 6.1, that reply papers, if any, must be served and filed by May 11, 2020.

Dated: New York, New York
       April 20, 2020

JAMES E. JOHNSON
Corporation Counsel of the City of New York
*Attorney for Defendant City of New York*
100 Church Street
New York, New York 10007
(212) 356-2658

By: <u>*Maria Fernanda DeCastro* /s/</u>
     Senior Counsel
     Special Federal Litigation Division

**BY FIRST-CLASS MAIL**
Robert Derek Lurch, Jr.
Plaintiff *Pro Se*
B&C: 3492000961
Vernon C. Bain Center
1 Halleck Street
Bronx, New York 10474