**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
ROBERT DEREK LURCH, JR.,
:
:
                Plaintiff,      :      19-CV-11254 (VEC) (OTW)
:
      -against-      :      **ORDER**
:
THE CITY OF NEW YORK, et al.,
:
:
                Defendants.  :
:
------------------------------------------------------------x

        **ONA T. WANG, United States Magistrate Judge:**

        The Court is in receipt of Plaintiff's June 28, 2020 letter requesting that the New York City Police Department ("NYPD") officers identified in Defendant New York City's partial *Valentin* response (ECF 30) be added as defendants in this matter. (ECF 33, docketed July 7, 2020). Before the case is amended to add these NYPD defendants, the Court notes that there are still unnamed EMS defendants that will need to be added to the Complaint. On June 4, 2020, the Court ordered that the City supplement its *Valentin* response with the names of EMS defendants "within fourteen days of Plaintiff returning his executed [medical] consent and authorization releases" to the City because the consent and releases will allow the City to identify the EMS workers. Once all individual defendants are named, the Complaint may be amended.

        The City is directed to submit a status letter **on July 31, 2020** on the status of obtaining the consents and releases. Plaintiff is directed to complete the consent and releases as soon as possible.

Defendants are requested to mail a copy of this Order and any outstanding consent and authorizations releases to the *pro se* Plaintiff, and file an affirmation of service within seven days of this Order.

The Clerk of Court is directed to close ECF 27.

**SO ORDERED.**

Dated: July 13, 2020
      New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge