UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
ROBERT DEREK LURCH, JR.,                                     :
                                                             :
                          Plaintiff,                         :   19-CV-11254 (VEC) (OTW)
                                                             :
         -against-                                           :          **ORDER**
                                                             :
THE CITY OF NEW YORK, et al.,                                :
                                                             :
                          Defendants.                        :
                                                             :
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of Defendant's August 16, 2020 letter which states that Defendant spoke to the *pro se* Plaintiff who verbally provided Defendant with Plaintiff's updated address. (ECF 39).

The Clerk of Court is directed to update Plaintiff's address to:

> 113-10 Horace Harding Expressway, Unit 503
> Queens, New York 11367.

The Clerk of Court is further respectfully requested to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

                                                                  *s/ Ona T. Wang*
Dated: August 17, 2020                                            **Ona T. Wang**
       New York, New York                                         United States Magistrate Judge