# NEW YORK CITY POLICE DEPARTMENT

Worksheet : Aided
Status : Approved
Report # : AID-2019-001-007272
Incident Date : 11/25/2019 14:10 Monday



## INCIDENT INFORMATION

### OCCURRENCE DATE

From: 11/25/2019 14:10 Monday
Body Worn Camera?: Yes
ICAD Number:

## AIDED PERSON

Type: Civilian
Name: Robert Lurch
Is Aided Victim of a Crime?: No
Homeless: No
Address Type: NYC

| | | | |
|---|---|---|---|
| Building No.: 540807 | Street Name: PO Box | Unit Type: | Unit Number: |
| Borough: Bronx | State: New York | | |

| Contact Type | Contact Sub-Type | Contact Sub-Type Other | Value |
|---|---|---|---|
| Phone | Home | | -- |
| Email | | | |

Sex: Male　　　　　　　　　　　　　　　Race: Black
Date of Birth: ▆▆/▆▆/1990　　　　　Age: 28

| | | | |
|---|---|---|---|
| Sick/Injured : No | Emotionally Disturbed : Yes | Lost Person : No | Deceased : No |
| Runaway Child : No | Unconscious : No | Abused/Abandoned/Neglected Child/etc. : No | Bicycle Involved : No |
| Suspected Narcotics Related : No | Other : No | If Other, Explain : | |

Treatment: Hospitalized

| | | | |
|---|---|---|---|
| Removed to ?: Hospital | Hospital Code: 7202-Bellevue Hospital Center | Transported to Hospital By: 9999-Police Ambulance | |
| ACR/PCR #: 98612290 | Treated By: | Admission #: | |

## LOCATION OF OCCURRENCE

| | | | |
|---|---|---|---|
| Jurisdiction: NYPD | Location Category: Commercial | Location Type: Commercial Building | Location Within: Commercial Establishment |
| Location Identifier: Inside of | Location Name: | | |

### ADDRESS

| | | | |
|---|---|---|---|
| Address Type: Street Address | Location Identifier: Inside of | | |
| Building No.: 50 | Street Name: BROADWAY | Unit Type: ROOM | Unit Number: |
| Borough: Manhattan | | | |
| Pct: 001 | Sector: B | PSA: | |

Latitude: 40.706448　　　　　　　　　　　　　　　　　　Longitude: -74.01277

## GENERAL AIDED INFORMATION

Children or Dependent Adults Uncared for?: No

## DEPT. OR AGENCY INVOLVED

City Involved?: No

## NOTIFICATIONS

### DEPARTMENT NOTIFICATIONS

#### NOTIFICATIONS AND DUPLICATE COPIES FOR

| Type | Name/Pct | Log Number | Delivery |
|---|---|---|---|

## NOTIFICATIONS

### AIDED VICTIM NOTIFICATIONS

REQUIRED IF AIDED IS ADMITTED OR DIES

## ADDITIONAL INFORMATION

### IF EDP

**Prior History:** Unknown  **CIT trained UMOS on scene:**

### ACTIONS OF EDP (CHECK ALL THAT APPLY)

| | | | |
|---|---|---|---|
| Attem. Physical harm to self : No | Attem. Physical harm to others : No | Placed self in dangerous situation : No | Physically threatened others : No |
| Verbally threatened others : No | Spoke of harming self or others : Yes | Unable to care for self : No | |
| Under suspected narcotic Influence : No | Type of narcotic, if known : | Method of Ingestion, if known : | Informed by, if known : |
| Under suspected alcohol Influence : No | Type of alcohol, if known : | | |
| Other (Explain In Details) : No | If Other, Explain : | | |

### CPR/AED ADMINISTERED

| | | | |
|---|---|---|---|
| Mouth to Mouth: No | CEW Used?: | | |
| AED Used?: No | AED/CPR Log No: | Aided Resuscitated: | |

### NALOXONE ADMINISTERED

| | | | |
|---|---|---|---|
| Naloxone Used?: No | Naloxone Log No.: | Number of Uses: | Naloxone effective?: |

### O.C. SPRAY

Was O.C. Spray Used?: No

## DETAILS

Aided had homicidal ideation, mental history of bipolar, and schizophrenia. Expressed to case manager Mendoza about harming others.

## ADDITIONAL REPORTS PREPARED

| Form Type | Report No. | Violation Section | Pct |
|---|---|---|---|
| | | | |

## DEPARTMENT PERSONNEL

### REPORTING OFFICER

| | | | |
|---|---|---|---|
| Agency: New York City Police Department | Command: 001 | Command Description: 001 PRECINCT | NCIC Number: 03030 |
| Tax Number: 952308 | Rank: POLICE OFFICER MALE | Last Name: TYRELL | First Name: GERONIMO |

### ENTERED BY

| | | | |
|---|---|---|---|
| Agency: New York City Police Department | Command: 001 | Command Description: 001 PRECINCT | NCIC Number: 03030 |
| Tax Number: 952308 | Rank: POLICE OFFICER MALE | Last Name: TYRELL | First Name: GERONIMO |

### ENDORSEMENT HISTORY

| Submitted By: | Approved/Rejected By: | Note: | Status: | Endorsement Date: |
|---|---|---|---|---|
| GERONIMO C TYRELL 952308 POM 001 PRECINCT New York City Police Department 03030 | ABRAHAM CARABALLO ▮ SGT 001 PRECINCT New York City Police Department 03030 | | Approved | 11/26/2019 22:09 Tuesday |