# Exhibit C

The Office of Corporation Counsel is making arrangements to deliver NYPD Body Worn Camera Footage in compliance with this Court's Individual Rules "March 16, 2020 Update Re: COVID-19 Pandemic" and Standing Orders of the Southern District of New York, particularly in light of suspension of all in-person operations including personal delivery to Chambers.