**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
ROBERT DEREK LUREK, JR.,

                   Plaintiff,   19-CV-11254 (VEC) (OTW)

        -against-   **ORDER**

THE CITY OF NEW YORK, et al.,

                  Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

Plaintiff mailed to the Court an updated address on November 29, 2020, entered December 2, 2020. (ECF 46). The Court's November 19, 2020 Order was mailed to the previous address and was returned to the sender. Accordingly, the Clerk of Court is respectfully directed to mail ECF 45 and ECF 47 to the updated address on the docket.

**SO ORDERED.**

Dated: December 8, 2020
       New York, New York

                                            _s/ Ona T. Wang_
                                            **Ona T. Wang**
                                      United States Magistrate Judge