**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
ROBERT DEREK LURCH, JR.,

                        Plaintiff,         19-CV-11254 (VEC) (OTW)

            -against-                   **ORDER**

THE CITY OF NEW YORK, et al.,

                       Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Clerk of Court is directed to STRIKE ECF 51 from the docket.

**SO ORDERED.**

                                                                        *s/ Ona T. Wang*

Dated: February 10, 2021                              **Ona T. Wang**
      New York, New York                  United States Magistrate Judge