**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                  :

ROBERT DEREK LURCH, JR.,         :

                            :

             Plaintiff,     :       19-CV-11254 (VEC) (OTW)

                            :

       -against-        :       **ORDER**

                            :

THE CITY OF NEW YORK, et al.,    :

                            :

            Defendants.   :

                            :
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

On February 10, 2021, I issued a Report and Recommendation, which was mailed to the *pro se* Plaintiff at then address on the docket – NYSID: 12684777N, B&C No. 4412001916 at G.R.V.C., 09-09 Hazen Street, East Elmhurst, NY 11370. (ECF 53). On February 12, 2021, Plaintiff submitted a letter that his address has been updated to 29-27 40th Rd., Long Island City, NY 11101. (ECF 54 (entered February 19, 2021)).

Accordingly, the Clerk of Court is directed to mail a copy of ECF 53 and the docket sheet to the *pro se* Plaintiff at the updated address.

**SO ORDERED.**

                                  *s/ Ona T. Wang*

Dated: February 23, 2021                      **Ona T. Wang**
     New York, New York             United States Magistrate Judge