USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/24/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
ROBERT DEREK LURCH, JR.,

                Plaintiff,

      -against-                           19-CV-11254 (VEC)

                                          ORDER

CITY OF NEW YORK; UNKNOWN EMS
WORKERS; UNKNOWN NYPD OFFICERS;
UNKNOWN ESU WORKERS,

                Defendants.
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on February 10, 2021, Magistrate Judge Wang issued a Report and Recommendation ("R&R") for this Court's review, Dkt. 53;

      WHEREAS the Clerk of Court mailed a copy of the R&R to Plaintiff on February 11, 2021;

      WHEREAS on February 22, 2021, a letter from Plaintiff, dated February 12, 2021, was filed on the docket, in which Plaintiff informed the Court of a change of address, Dkt. 54;

      WHEREAS on February 23, 2021, Magistrate Judge Wang issued an order instructing the Clerk of Court to mail a copy of the R&R to Plaintiff's new address, Dkt. 55;

      WHEREAS on February 24, 2021, the Clerk of Court mailed a copy of the R&R to Plaintiff's new address;

      WHEREAS pursuant to Magistrate Judge Wang's R&R and in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties have 14 days from receipt of the R&R to file written objections, with an additional three days for service by mail, Fed. R. Civ. P. 6; and

      WHEREAS a party may respond to any objections within 14 days of service;

IT IS HEREBY ORDERED that Plaintiff's deadline to object to the R&R is extended to **March 13, 2021**.  Any objections received by the Court after March 13, 2021, will be treated as untimely.

IT IS FURTHER ORDERED that Defendants may respond to any objections not later than **March 27, 2021**.  Any response to Plaintiff's objections received after March 27, 2021, will be treated as untimely.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at 29-27 40th Rd., Long Island City, NY 11101.

**SO ORDERED.**

Date:  February 24, 2021  
       New York, New York

**VALERIE CAPRONI**  
**United States District Judge**